# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NORMA RIVERA,

        Plaintiff,

vs.

SHELLPOINT MORTGAGE SERVICING,

        Defendant.

Case No. 2:15-cv-01332-JAD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel (#16), filed on September 23, 2015. Defendant's Response (#19) was filed on September 25, 2015.

Plaintiff requests that the Defendant be ordered to produce pre-discovery disclosures. Defendant represents that it has already served its initial disclosures on Plaintiff on September 15, 2015. Furthermore, Plaintiff cites no authority for her requests. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#16) is **denied**.

**DATED** this 5th day of October, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge