MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant Shellpoint Mortgage Servicing*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NORMA RIVERA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　　Defendant, | Case No.: 2:15-cv-01332-JAD-GWF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS [DKT. 6], AND MOTION FOR SUMMARY JUDGMENT [DKT. 14]**<br><br>**(First Request)** |

Plaintiff Norma Rivera and Defendant Shellpoint Mortgage Servicing, hereby stipulate and agree to stay all discovery pending the Court's ruling on Defendant's Motion to Dismiss [Dkt. 6], and Plaintiff's Motion for Summary Judgment [Dkt. 14]. Federal district courts have "wide discretion in controlling discovery." *Little v. City of Seattle,* 863 F.2d 681,685 (9th Cir.1988). A district court may stay discovery based on the filing of a motion that is "potential dispositive of the entire case."*Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 601 (D.Nev.2011). *Ministerio Roca Solida v. U.S. Dep't of Fish& Wildlife,* 288 F.R.D.500,506 (D.Nev.2013) The pending motions raise purely legal issues that can be resolved without discovery. As such, it is within the court's power to grant a stay of discovery at this time.

{36755395;1}

This is the parties' first request for a stay of discovery, and is not intended to cause any delay or prejudice to any party. A trial date has not yet been set in this case.

DATED this 9th day of December, 2015.

**AKERMAN LLP**

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Shellpoint Mortgage Servicing*

DATED this 4th day of December, 2015.

_____
NORMA RIVERA
4734 Rancho Camino Court
Las Vegas, Nevada 89129

*Pro Se Plaintiff*

IT IS SO ORDERED.

_____
George Foley Jr.
UNITED STATES MAGISTRATE COURT JUDGE

Dated: December 17, 2015

{36755395;1}

2